IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KALA RENAE DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-558-RAH-CWB |
| ) | |
| KRESSIDA D. DRAYTON, ) | |
| ) | |
| Defendant. ) | |

## **RECOMMENDATION OF THE MAGISTRATE JUDGE**

Kala Renae Dennis, appearing *pro se*, filed this action on August 23, 2021 (Doc. 1) and simultaneously sought leave to proceed *in forma pauperis* (Doc. 2). Referral then was made to the Magistrate Judge for "further proceedings and determination or recommendation as may be appropriate." (Doc. 6). On December 10, 2021, Plaintiff was granted *in forma pauperis* status and the clerk was directed to defer service of process pending a preliminary review of the Complaint pursuant to 28 U.S.C. § 1915(e). (Doc. 9).

Plaintiff shortly thereafter submitted a filing styled "Response to Order" that stated as follows:

> The Plaintiff agrees to dismiss this civil case with prejudice because the unnecessary drama with Defendant has ceased. Currently, I am employed in Tuskegee, Alabama at the Department of Veterans Affairs, which means I requested and was approved to relocate from Montgomery, AL. I will begin a doctoral program at Troy University in January 2022, and I do not need the extra stress of this case.

(Doc. 10 at p. 1). The Magistrate Judge construes the "Response to Order" as providing notice that Plaintiff is voluntarily dismissing the action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure—mooting the need for preliminary review under § 1915(e).

1

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED with prejudice.

It is ORDERED that any objections to this Recommendation be filed no later than January 4, 2023. An objecting party must identify the specific portion of the factual findings or legal conclusions to which the objection is made and must describe in detail the basis for the objection. Frivolous, conclusory, or general objections will not be considered.

Failure to file a written objection to this Recommendation shall bar a party from a de novo determination by the District Court of any factual findings or legal conclusions contained herein and shall waive the right of the party to challenge on appeal any subsequent order based on factual findings and legal conclusions accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice. 11th Cir. R. 3-1; *see Resol. Tr. Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE this the 20th day of December 2022.

CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE