IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KALA RENAE DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:21-CV-558-RAH |
| | ) |
| KRESSIDA D. DRAYTON, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On December 20, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 11) is ADOPTED.

2. This case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DONE, on this the 10th day of January, 2023.

                          /s/ R. Austin Huffaker, Jr.
                          R. AUSTIN HUFFAKER, JR.
                          UNITED STATES DISTRICT JUDGE